**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*                                    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Oakmod, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-4511451 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 12121 Wilshire Boulevard, Suite 720<br>Los Angeles, CA 90025<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | Location of principal assets, if different from principal place of business<br>17140 Oak View Drive Encino, CA 91316<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor

  ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
  ☐ Partnership (excluding LLP)
  ☐ Other. Specify: _____

Debtor __**Oakmod, LLC**_____  Case number (*if known*)_____
           Name

### 7. Describe debtor's business

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5313__

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **Oakmod, LLC**_____   Case number (*if known*)_____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49                  ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99                 ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199               ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000                  ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**    ☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 3

| Debtor | Oakmod, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    Oakmod, LLC
          Name                                                                    Case number (if known)

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 24, 2021
               MM / DD / YYYY

X _____         John Pagano
Signature of authorized representative of debtor    Printed name

Title    Manager

**18. Signature of attorney**

X _____         Date    May 24, 2021
Signature of attorney for debtor                     MM / DD / YYYY

Moses S. Bardavid
Printed name

Law Offices of Moses S. Baradvid
Firm name

15910 Ventura Boulevard
Suite 1405
Encino, CA 91436
Number, Street, City, State & ZIP Code

Contact phone    (818) 582-3463    Email address    mbardavid@hotmail.com

200296 CA
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

Fill in this information to identify the case:

Debtor name: Oakmod, LLC
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Access Steel Fabricating  9900 San Fernando Road  Chatsworth, CA 91311 | | Trade debt | Contingent Unliquidated | | | $2,000.00 |
| Boutique Construction  5842 Serrania Avenue  Woodland Hills, CA 91367 | | Trade debt | | | | $25,682.00 |
| Broken Drum Insulation  19739 Bahama Street  Northridge, CA 91324 | | Trade debt | | | | $0.00 |
| DeNeal Plumbing  28908 Pacifica Ct  Santa Clarita, CA 91390 | | Notice purposes only | Contingent Unliquidated Disputed | | | $0.00 |
| Fuentes Plumbing  13608 Gladstone Avenue  Sylmar, CA 91342 | | Notice purposes only | Contingent Unliquidated Disputed | | | $0.00 |
| Gilberto Chavez Plating & Metal Wks  7402 Craft Ave.  North Hollywood, CA 91605 | | Trade debt | | | | $4,100.00 |
| H&S Custom Installations, Inc.  8932 Reseda Blvd, Suite 205  Northridge, CA 91324 | | Notice purposes only | Contingent Unliquidated Disputed | | | $0.00 |

Debtor **Oakmod, LLC**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Herrera Heating & Air<br>11321 Palomino Ct<br>Sylmar, CA 91342 | | Trade debt | | | | $12,000.00 |
| JEM Builders<br>27419 Cherry Creek Drive<br>Valencia, CA 91354 | | Notice purposes only | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Konrad Roofing<br>12036 Vose Street<br>North Hollywood, CA 91605 | | Notice purposes only | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Memo Scaffolding<br>12722 Carmenita Rd<br>Santa Fe Springs, CA 90670 | | Trade debt | | | | $4,000.00 |
| P & K Electric Corp.<br>18208 Herbold Street<br>Northridge, CA 91325 | | Trade debt | | | | $16,750.00 |
| Troy Company (Troy Co Inc.)<br>21541 Nordhoff Street Suite D<br>Chatsworth, CA 91311 | | Trade Debt | Disputed | | | $67,000.00 |
| United Site Services<br>560 Glenoaks Blvd<br>San Fernando, CA 91340 | | Trade debt | | | | $1,114.00 |
| Vargas Plastering<br>9856 Mercedes Avenue<br>Pacoima, CA 91331 | | Trade debt | | | | $10,000.00 |
| W. Alfredo Santos | | Trade debt | | | | $1,500.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Moses S. Bardavid**<br>**15910 Ventura Boulevard**<br>**Suite 1405**<br>**Encino, CA 91436**<br>**(818) 582-3463 Fax: (818) 582-3465**<br>California State Bar Number: 200296 CA<br>mbardavid@hotmail.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Oakmod, LLC**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **May 24, 2021**  
_____  
Signature of Debtor 1

Date: _____  
_____  
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **May 24, 2021**  
_____  
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    F 1007-1.MAILING.LIST.VERIFICATION

Oakmod, LLC
12121 Wilshire Boulevard, Suite 720
Los Angeles, CA 90025


Moses S. Bardavid
Law Offices of Moses S. Baradvid
15910 Ventura Boulevard
Suite 1405
Encino, CA 91436


AB CAPITAL, LLC
15 Corporat Plaza, #200
Newport Beach, CA 92660


Access Steel Fabricating
9900 San Fernando Road
Chatsworth, CA 91311


Boutique Construction
5842 Serrania Avenue
Woodland Hills, CA 91367


Broken Drum Insulation
19739 Bahama Street
Northridge, CA 91324


California TD Specialists
8190 East Kaiser Blvd
Anaheim, CA 92808-2277


DeNeal Plumbing
28908 Pacifica Ct
Santa Clarita, CA 91390

FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112


FCI Lender Services, Inc.
8180 E. KAISER BLVD
Anaheim, CA 92808


Fuentes Plumbing
13608 Gladstone Avenue
Sylmar, CA 91342


Gilberto Chavez Plating & Metal Wks
7402 Craft Ave.
North Hollywood, CA 91605


H&S Custom Installations, Inc.
8932 Reseda Blvd, Suite 205
Northridge, CA 91324


Herrera Heating & Air
11321 Palomino Ct
Sylmar, CA 91342


Jason Villar
c/o Oakmod, LLC
12121 Wilshire Boulevard #720
Los Angeles, CA 90025


JEM Builders
27419 Cherry Creek Drive
Valencia, CA 91354

John Pagano
12121 Wilshire Boulevard #720
Los Angeles, CA 90025


Konrad Roofing
12036 Vose Street
North Hollywood, CA 91605


Memo Scaffolding
12722 Carmenita Rd
Santa Fe Springs, CA 90670


P & K Electric Corp.
18208 Herbold Street
Northridge, CA 91325


Ronald P. Beard, Trustee of the
Ronald P. Beard Trust 2/23/84
c/o California TD Specialists
8190 Kaiser Boulevard
Anaheim, CA 92808


Troy Company (Troy Co Inc.)
21541 Nordhoff Street Suite D
Chatsworth, CA 91311


United Site Services
560 Glenoaks Blvd
San Fernando, CA 91340


Vargas Plastering
9856 Mercedes Avenue
Pacoima, CA 91331

W. Alfredo Santos